IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. ROBERT GERBER, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiffs, | ) | 20 cv 00731 |
| | ) | |
| v. | ) | |
| | ) | Honorable Sara L. Ellis |
| VIRIDIPHARM, LLC, | ) | Magistrate Judge Jeffery T Cole |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Dr. Robert Gerber, through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case on an individual basis. Plaintiff expects to complete the settlement within the next 45 days and file a Stipulation to Dismiss with prejudice. Plaintiff respectfully requests that this Court strike all pending dates.

Respectfully submitted,

/s/*Dulijaza (Julie) Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

  I, Dulijaza (Julie) Clark, hereby certify that on May 18, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and I caused a copy to be to be served, via email on the following party:

```
Stephanie Antone
Viridipharm, LLC
200 Market St.
Elmwood Park, NJ 07407
```
Via Email: <spantone@aol.com>

                 /s/*Dulijaza (Julie) Clark*
                 Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com